IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BRILL | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFC. MADISYN EINFALT #477, *et al* | : | No. 24-00644 |
| Defendants. | : | |

# ORDER

**AND NOW,** this 14th day of July, 2025, upon consideration of Defendants' Wind Creek Bethlehem, LLC's and Wind Creek Realty, LLC, Motion for Summary Judgment (Doc. No. 54), and Defendants, Officer Jeremy Banks and Officer Robert Constable's Motion for Summary Judgment (Doc. No. 56), together with Plaintiff's responses in opposition (Doc. Nos. 57 and 59), and Defendant, Wind Creek Bethlehem, LLC's Sur Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 63), and for the reasons explained more fully in the accompanying Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** as follows:

- Defendants' respective motions for summary judgment (Doc. Nos. 54 and 56) are **GRANTED**.

- Judgment is **ENTERED** in favor of Defendants and against Plaintiff David Brill on all claims.

- The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge